JUNE 1, 1971

No. 1394.   GRANITE FALLS STATE BANK *v.* SCHNEIDER, DIRECTOR OF DEPARTMENT OF GENERAL ADMINISTRATION, ET AL.   Affirmed on appeal from D. C. W. D. Wash.

No. 1574.   LOWE *v.* YOUNG.   Appeal from Ct. App. Ga. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 6901.   SWANEY *v.* NORTH CAROLINA.   Appeal from Sup. Ct. N. C. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 6662.   NELSON *v.* UNITED STATES.   C. A. 8th Cir. Motion for leave to proceed *in forma pauperis* granted. Pursuant to suggestion of the Solicitor General, certiorari granted, judgment vacated, and case remanded for reconsideration in light of position asserted by the Solicitor General in the Memorandum for the United States. Application for bail also referred to the United States Court of Appeals for the Eighth Circuit.

No. 6704.   GAINES *v.* UNITED STATES.   C. A. 2d Cir. Motion for leave to proceed *in forma pauperis* granted. Pursuant to suggestion of the Solicitor General, certiorari granted, judgment vacated, and case remanded for reconsideration in light of position asserted by the Solicitor General in the Memorandum for the United States.